ROBERT J. ROSATI, SBN 112006
robert@erisalg.com
RAQUEL M. BUSANI, SBN 323162
raquel@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, California 93704
Telephone: 559-478-4119
Telefax: 559-478-5939

Attorneys for Plaintiff,
DANIEL MARTIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| DANIEL MARTIN,<br><br>        Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; AVIATION CONSULTANTS, INC.,<br><br>        Defendants. | CASE NO.:  8:24-cv-02226-DMG-DFM<br><br>**JOINT STATUS REPORT AND STIPULATION RE: SETTLEMENT** |

Plaintiff, DANIEL MARTIN, and Defendant, ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; AVIATION CONSULTANTS, INC., pursuant to this Court's Order And Notice To All Parties (ECF Doc. 30) submit this joint statement:

1.      WHEREAS, the Parties to this action, by and through their respective counsel, reached a settlement-in-principle of the above referenced case on May 16, 2025 (see, ECF Doc. 28), and subsequently filed Notice of Settlement of Entire Action (ECF Doc. 29), explaining that settlement of this action is contingent upon execution of a formal settlement agreement and upon completion of specified conditions to be set forth in such an settlement agreement.

//

//

2. WHEREAS, the Parties are presently negotiating certain non-material terms of the formal settlement agreement ("Agreement"), and estimate that they will need an additional 45 days to finalize the terms of the Agreement, circulate the document to the necessary parties for execution, consummate the Agreement, and dismiss the action. The Agreement must be fully executed, and specified terms performed before the action can be dismissed.

THEREFORE, the Parties jointly and respectfully request that the Court set a Status Conference 45 days out from the date of its order, to be vacated only by joint notice by the Parties that the terms of the settlement have been completed and requesting dismissal of the action.

Dated: June 24, 2025

/s/ Raquel M. Busani
RAQUEL M. BUSANI,
*Attorney for Plaintiff,*
*Daniel Martin*

Dated: June 24, 2025

/s/ Jordan Altura
JORDAN ALTURA,
*Attorney for Defendant,*
*Anthem Blue Cross Life and Health Insurance Company*

Dated: June 24, 2025

/s/ Steven M. Chanley
STEVEN M. CHANLEY
*Attorney for Defendant,*
*Aviation Consultants, Inc.*

## ECF CERTIFICATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: June 24, 2025

/s/ Raquel M. Busani
RAQUEL M. BUSANI,
*Attorney for Plaintiff,*
DANIEL MARTIN