```
ROBERT J. ROSATI, SBN 112006
robert@erisalg.com
RAQUEL M. BUSANI, SBN 323162
raquel@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, California 93704
Telephone: 559-478-4119
Telefax: 559-478-5939

Attorneys for Plaintiff,
DANIEL MARTIN
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| DANIEL MARTIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; AVIATION CONSULTANTS, INC.,<br><br>　　　　　Defendants. | CASE NO.: 8:24-cv-02226-DMG-DFM<br><br>**STATUS REPORT AND JOINT STIPULATION REQUESTING EXTENSION OF TIME TO DISMISS CASE** |

　　　　Plaintiff, DANIEL MARTIN, and Defendant, ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; AVIATION CONSULTANTS, INC., pursuant to this Court's Order And Notice To All Parties (ECF Doc. 30) submit this joint statement:

　　　　1.　　WHEREAS, the Parties to this action, by and through their respective counsel, reached a settlement-in-principle of the above referenced case on May 16, 2025 (see, ECF Doc. 28), and subsequently filed Notice of Settlement of Entire Action (ECF Doc. 29), explaining that settlement of this action is contingent upon execution of a formal settlement agreement and upon completion of specified conditions to be set forth in such an settlement agreement.

//

2. WHEREAS on May 29, 2025, the Court issued a Minute Order (ECF Doc. 30) providing that by June 30, 2025, the parties shall file either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been consummated.

3. WHEREAS, upon the Parties' request, the Court has issued two Orders granting additional time to either stipulate to the dismissal of the case or reopen the case, if the settlement has not been consummated (see, e.g. ECF Nos. 31, 32, 33) with the latest order issued on July 31, 2025, granting the parties additional time through September 29, 2025, to either dismiss the case or provide a status report explaining why dismissal has not been requested. (ECF No. 34).

4. WHEREAS the terms of the written Settlement Agreement ("Agreement") were finalized on September 24, 2025, and the Agreement is now being circulated for execution by the necessary parties. The Agreement must be fully executed, and specified terms performed before the action can be dismissed.

5. WHEREAS, the Parties agree that it is unnecessary at this point to reopen the case, but simply require additional time to consummate the settlement.

THEREFORE, the Parties jointly and respectfully request that the Court continue the deadline to dismiss or reopen the case by an additional 45 days, to November 13, 2025.

IT IS SO STIPULATED.

Dated:    September 29, 2025        */s/ Raquel M. Busani*
                                    RAQUEL M. BUSANI,
                                    *Attorney for Plaintiff,*
                                    *Daniel Martin*

//
//
//

Dated: September 29, 2025        /s/ *Adelle Greenfield*
Jordan S. Altura
Adelle Greenfield
**GORDON REES SCULLY MANSUKHANI, LLP**

*Attorneys for Defendant,*

*Anthem Blue Cross Life and Health Insurance Company*

Dated: September 29, 2025        /s/ *Steven M. Chanley*
STEVEN M. CHANLEY

*Attorney for Defendant,*

*Aviation Consultants, Inc.*

## ECF CERTIFICATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: September 29, 2025

/s/ *Raquel M. Busani*
RAQUEL M. BUSANI,

Attorney for Plaintiff,
DANIEL MARTIN