JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MARTIN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; AVIATION CONSULTANTS, INC.,<br><br>　　　　　　　Defendants. | No. CV 24-2226-DMG (DFMx)<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [37]** |

　　　Pursuant to the parties' Stipulation to Dismiss Entire Action with Prejudice filed on November 10, 2025 [Doc. # 37], and good cause appearing, the Court hereby **APPROVES** the Stipulation and **DISMISSES** the above-entitled action, in its entirety, **with prejudice**. Each party shall bear its own attorneys' fees and costs. All dates set in this matter are vacated and taken off calendar.

　　　**IT IS SO ORDERED.**

DATED: November 21, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE